USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MODERN SETTINGS LLC, ET AL., *on behalf of* :
*themselves and all others similarly situated*, :
: 
                                     Plaintiff, :
:
                 -v - :
:
BASF METALS LIMITED, GOLDMAN SACHS :
INTERNATIONAL, HSBC BANK USA, N.A., :
and STANDARD BANK PLC, :
:
                                 Defendants. X

1:14-cv-9391-GHW;  1:15-cv-436-GHW;  1:15-cv-1036-GHW

ORDER

------------------------------------------------------------

------------------------------------------------------------------X
WHITE OAK FUND LP, *on behalf of itself and all*
*others similarly situated*, :
:
                                     Plaintiff, :
:
                 -v - :
:
BASF METALS LIMITED, GOLDMAN SACHS :
INTERNATIONAL, HSBC BANK USA, N.A., :
and STANDARD BANK PLC, :
                                   Defendants.
------------------------------------------------------------------X

------------------------------------------------------------------X
LARRY HOLLINS, *on behalf of himself and all others*
*similarly situated*, :
:
                                   Plaintiff, :
:
                 -v - :
:
BASF METALS LIMITED, GOLDMAN SACHS :
INTERNATIONAL, HSBC BANK USA, N.A., :
and STANDARD BANK PLC, :
                                   Defendants.
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

As discussed during the March 9, 2015 initial pretrial conference, plaintiffs in the above-captioned actions advised the Court that they intended to file a motion together with a proposed order to address a number of initial case management issues, including the appointment of interim counsel pursuant to Fed. R. Civ. P. 23(g)(3). That motion is due by March 19, 2015.

In addition, defendants' motion to stay discovery beyond the filing of the consolidated amended complaint and until the disposition of the anticipated motion to dismiss is due by March 19, 2015; plaintiffs' opposition is due ten days after the date of service of defendants' motion; and defendants' reply, if any, is due five after the date of service of plaintiffs' opposition.

SO ORDERED.

Dated: March 9, 2015
New York, New York

_____
GREGORY H. WOODS
United States District Judge